```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEREMY S. KROGER, Bar # 258956
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  TRAVIS N. HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00203 AWI-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE HEARING; |
| | ) | ORDER THEREON |
| TRAVIS N. HARRIS, | ) | |
| | ) | Date:  October 21, 2011 |
| Defendant. | ) | Time:  11:00 p.m. |
| | ) | Dept : Hon. Dennis L.  Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for October 19, 2011, **may be continued to October 21, 2011, at 11:00 p.m. before Magistrate Judge Dennis L. Beck.**

The parties request this continuance for continuity of defense counsel.  The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 17, 2011     By:     /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 17, 2011     By:     /s/ Jeremy S. Kroger
                                    JEREMY S. KROGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Travis Harris

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 17, 2011**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

Harris / Stipulation to Continue Status
Conference Hearing; Order Thereon                2