| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
TRAVIS N. HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-00203 AWI-1 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| v. | ) BAIL REVIEW HEARING; |
| | ) [PROPOSED] ORDER THEREON |
| TRAVIS N. HARRIS, | ) |
| | ) Date: November 15, 2011 |
| Defendant. | ) Time: 1:30 p.m. |
| | ) Dept : Hon. Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for November 14, 2011, **may be continued to November 15, 2011, at 1:30 p.m.**

The defense requests this new hearing date because the previous hearing date now conflicts with Judge O'Neill's new Monday criminal calendar. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: November 8, 2011        By:   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 8, 2011        By:   /s/ Jeremy S. Kroger
                                     JEREMY S. KROGER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Travis Harris

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **November 8, 2011**         /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE