

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No CR-06-203-AWI |
| vs. | ORDER OF RELEASE |
| TRAVIS NEAL HARRIS | |
| Defendant. | |

The above named defendant having been sentenced on AUGUST 27 2012 TO WESTCARE for 6 months,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday August 30, 2012 at 10:00 a.m. to an agent of WESTCARE. A certified Judgment and Commitment order to follow.

DATED: 8-27-12

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1